```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 21070
   WALTER M BLAIR
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-5763


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/25/05 and confirmed on 09/09/05.

     2.  The case was dismissed after confirmation, 10/26/2007.

     3.  The Debtor paid a total of $  17889.94 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG          .00             .00             .00
CHASE HOME FINANCE         MORTGAGE ARRE     7853.19             .00         7853.19
AMERICAN GENERAL FINANCE   MORTGAGE ARRE     1517.00             .00          843.75
STATE FARM BANK            SECURED           9475.00         1812.91         4410.67
STATE FARM BANK            UNSECURED          650.91             .00             .00
AMERICAN GENERAL FINANCE   SECURED                .00             .00             .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED             .00             .00
AT & T WIRELESS            UNSECURED        NOT FILED             .00             .00
CAPT'N HOOKS SELF STORAG   UNSECURED          1280.90            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED          5055.97            .00             .00
COMED                      UNSECURED        NOT FILED             .00             .00
GARY A POTEMPA DDS         UNSECURED        NOT FILED             .00             .00
GREAT LAKES CREDIT UNION   UNSECURED        NOT FILED             .00             .00
NATIONAL CITY BANK         UNSECURED        NOT FILED             .00             .00
ONLINE PAYDAY ADVANCE      UNSECURED        NOT FILED             .00             .00
PAYDAY LOAN STORE          UNSECURED        NOT FILED             .00             .00
SAMS CLUB                  UNSECURED        NOT FILED             .00             .00
ERICK BOHLMAN ESQ          REIMBURSEMENT       40.00             .00           40.00
         Summary of disbursements:

                      SECURED      PRIORITY      UNSECURED         OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   18845.19        40.00        6987.78           .00       25872.97
PRINCIPAL PAID       13107.61        40.00            .00           .00       13147.61
INTEREST PAID         1812.91          .00            .00           .00        1812.91
TOTAL PAID           14920.52        40.00            .00           .00       14960.52
The Debtor's attorney, ERICK BOHLMAN ESQ              , was allowed $   2200.00
and was paid $    2200.00 .

The Trustee received $     729.42 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE  2
        CASE NO. 05 B 21070 WALTER M BLAIR